IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES E. BOSTIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1068 |
| ) | Judge Trauger |
| SHARA BIGGS and ) | Magistrate Judge Bryant |
| MENTAL HEALTH COOPERATIVE, INC., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a jury trial on July 7, 2015 at 9:00 a.m. It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 25th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge