# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES E. BOSTIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-01068 |
| ) | Judge Trauger |
| ) | |
| SHARA BIGGS, ET AL., ) | |
| ) | |
| Defendant. | |

## O R D E R

On August 8, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 131), to which the plaintiff filed two documents in response (Docket Nos. 145, 146). The court originally interpreted these documents as objections to the Report and Recommendation, and Responses were filed (Docket Nos. 150, 151). In fact, in both of these documents, the plaintiff agrees with the magistrate judge's recommendation to deny his second Motion to Amend his complaint (Docket No. 74).

For these reasons, it is hereby ORDERED that the Report and Recommendation is ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's second Motion to Amend his complaint (Docket No. 74) is DENIED.

This case is returned to the magistrate judge for further handling under the original referral order. The court notes that, among other pending matters, a Motion to Dismiss filed by defendant Metropolitan Government of Nashville and Davidson County, on March 23, 2016 (Docket No. 105) is still pending.

It is so **ORDERED**.

ENTER this 8th day of September 2016.

_____
ALETA A. TRAUGER
U.S. District Judge